# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -06042(1) |
| | § |
| (1) Osman Rene Callejas-Maldonado | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 17, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Osman Rene CALLEJAS-Maldonado, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through San Antonio, Tx on 05/03/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Osman Rene CALLEJAS-Maldonado, was arrested by Border Patrol Agents, on June 17, 2019 for being an alien illegally present in the United States. Investigation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Moran, Margarita
BPA

06/26/2019     at    DEL RIO, Texas
File Date                              City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.          Case Number: DR:19-M -06042(1)

(1) Osman Rene Callejas-Maldonado

**Continuation of Statement of Facts:**

and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 05/03/2019 through San Antonio, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____           _____
Signature of Judicial Officer          Signature of Complainant